IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br>   Plaintiff,<br><br>   v.<br><br>MIDWEST RESOURCES, LTD.,<br>   Defendant. | CIVIL ACTION<br><br>NO. 09-5590 |

**Order**

YOHN, J.

And now, this 14th day of June, 2010, upon careful consideration of defendant's motion to dismiss or transfer plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3) and 28 U.S.C. § 1404(a) (Docket No. 6), plaintiff's response, defendant's reply thereto, and plaintiff's surreply thereto, it is hereby **ORDERED** that defendant's motion is **DENIED**.

                                                   /s/ William H. Yohn Jr.
                                                   William H. Yohn Jr., Judge