IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE CO. | : : : | CIVIL ACTION |
| vs. | : : | NO. 09-5590 |
| MIDWEST RESOURCES, LTD. | : | |

<u>O R D E R</u>

**AND NOW**, this 7th day of February, 2012, upon consideration of the Motion for Judgment on the Pleadings filed by defendant Midwest Resources, LTD. (Doc. No. 47) and the response and reply thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

s/William H. Yohn Jr.<br>
William H. Yohn Jr., Judge